**UNITED STATES COURT OF INTERNATIONAL TRADE**        FORM 1

|  |  |
|---|---|
| **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>     **Defendant.** | **S U M M O N S** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Tina Potuto Kimble**
Clerk of the Court

**PROTEST**

| Port of Entry: |  | Date Protest Filed: |  |
|---|---|---|---|
| Protest Number: |  | Date Protest Denied: |  |
| Importer: |  |  |  |
| Category of Merchandise: |  |  |  |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Port Director,



Address of Customs Port in                                   Name, Address**,** Telephone Number
Which Protest was Denied                                    and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| | **Appraised Value of Merchandise** ||
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** ||||||
|---|---|---|---|---|---|
| | Assessed || Protest Claim ||
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*

_____
*Date*

**SCHEDULE OF PROTESTS**

Buffalo, NY
Port of Entry

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0901-12-100289 | 10/2/2012 | 7/2/2015 | 39062154826 | 8/19/2010 | 4/6/2012 |
| | | | 39062417793 | 9/9/2010 | 4/6/2012 |
| | | | 39062687973 | 9/16/2010 | 4/6/2012 |
| | | | 39062703366 | 9/21/2010 | 4/6/2012 |
| | | | 39062798184 | 10/5/2010 | 4/6/2012 |
| | | | 39062801871 | 10/7/2010 | 4/6/2012 |
| | | | 39062875677 | 10/21/2010 | 4/6/2012 |
| | | | 39062889223 | 10/28/2010 | 4/6/2012 |
| | | | 39062982267 | 11/11/2010 | 4/6/2012 |
| | | | 39062993215 | 11/17/2010 | 4/6/2012 |
| | | | 39062994981 | 11/18/2010 | 4/6/2012 |
| | | | 39063014102 | 11/22/2010 | 4/6/2012 |
| | | | 39063117020 | 12/14/2010 | 4/6/2012 |
| | | | 39063180846 | 1/13/2011 | 4/6/2012 |
| | | | 39063199986 | 1/6/2011 | 4/6/2012 |
| | | | 39063213787 | 1/11/2011 | 4/6/2012 |
| | | | 39063247363 | 1/20/2011 | 4/6/2012 |
| | | | 39063311078 | 2/7/2011 | 4/6/2012 |
| | | | 39063313942 | 2/10/2011 | 4/6/2012 |
| | | | 39063387433 | 2/24/2011 | 4/6/2012 |
| | | | 39063416901 | 3/3/2011 | 4/6/2012 |
| | | | 39063444176 | 3/10/2011 | 4/6/2012 |
| | | | 39063574998 | 3/29/2011 | 4/6/2012 |
| | | | 39063617508 | 4/7/2011 | 4/6/2012 |
| | | | 39063647869 | 4/12/2011 | 4/6/2012 |
| | | | 39063671000 | 4/14/2011 | 4/6/2012 |
| | | | 39063678260 | 4/20/2011 | 4/6/2012 |
| | | | 39063737959 | 5/5/2011 | 4/6/2012 |
| | | | 39063758112 | 5/10/2011 | 4/6/2012 |
| | | | 39063781148 | 5/12/2011 | 4/6/2012 |
| | | | 39063793010 | 5/19/2011 | 4/6/2012 |
| | | | 39063847501 | 5/31/2011 | 4/6/2012 |
| | | | 39063865073 | 6/16/2011 | 4/6/2012 |
| | | | 39063869919 | 6/21/2011 | 4/6/2012 |
| | | | 39063901597 | 6/28/2011 | 4/6/2012 |
| | | | 39063942328 | 8/3/2011 | 4/6/2012 |
| | | | 39063950982 | 7/6/2011 | 4/6/2012 |
| | | | 39063954695 | 7/8/2011 | 4/6/2012 |
| | | | 39064090564 | 8/9/2011 | 4/6/2012 |
| | | | 39064093212 | 8/11/2011 | 4/6/2012 |
| | | | 39063100042 | 12/6/2010 | 4/13/2012 |
| | | | 39063995144 | 7/15/2011 | 4/13/2012 |
| | | | 39063898504 | 6/24/2011 | 4/27/2012 |
| | | | 39064048760 | 7/29/2011 | 6/1/2012 |
| | | | 39064065749 | 8/2/2011 | 6/1/2012 |

**SCHEDULE OF PROTESTS**

Buffalo, NY
Port of Entry

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0901-12-100289 | cont'd. | | 39065559567 | 5/1/2012 | 6/8/2012 |
| | | | 39064162496 | 8/25/2011 | 6/22/2012 |
| | | | 39065556381 | 4/26/2012 | 6/22/2012 |
| | | | 39065573931 | 4/23/2012 | 6/22/2012 |
| | | | 39064750167 | 12/21/2011 | 7/20/2012 |
| | | | 39064358631 | 10/3/2011 | 8/3/2012 |
| | | | 39064364605 | 10/7/2011 | 8/10/2012 |
| | | | 39064364613 | 10/7/2011 | 8/10/2012 |
| | | | 39064399015 | 10/12/2011 | 8/10/2012 |
| | | | 39064412966 | 10/13/2011 | 8/10/2012 |
| | | | 39064422643 | 10/18/2011 | 8/17/2012 |
| | | | 39064423773 | 10/18/2011 | 8/17/2012 |
| | | | 39064462250 | 10/24/2011 | 8/24/2012 |
| | | | 39062154669 | 8/12/2010 | 9/7/2012 |
| | | | 39062154693 | 8/13/2010 | 9/7/2012 |
| | | | 39062154701 | 8/13/2010 | 9/7/2012 |
| | | | 39062154883 | 8/24/2010 | 9/7/2012 |
| | | | 39062293657 | 8/16/2010 | 9/7/2012 |
| | | | 39062321821 | 8/18/2010 | 9/7/2012 |
| | | | 39062327711 | 8/23/2010 | 9/7/2012 |
| | | | 39062357999 | 8/26/2010 | 9/7/2012 |
| | | | 39062379183 | 8/31/2010 | 9/7/2012 |
| | | | 39062408115 | 9/2/2010 | 9/7/2012 |
| | | | 39062414089 | 9/7/2010 | 9/7/2012 |
| | | | 39062417124 | 9/9/2010 | 9/7/2012 |
| | | | 39062419583 | 9/10/2010 | 9/7/2012 |
| | | | 39062679269 | 9/14/2010 | 9/7/2012 |
| | | | 39062704174 | 9/22/2010 | 9/7/2012 |
| | | | 39062736846 | 9/23/2010 | 9/7/2012 |
| | | | 39062742182 | 9/28/2010 | 9/7/2012 |
| | | | 39062756851 | 9/30/2010 | 9/7/2012 |
| | | | 39062759129 | 10/4/2010 | 9/7/2012 |
| | | | 39062804990 | 10/12/2010 | 9/7/2012 |
| | | | 39062823032 | 10/14/2010 | 9/7/2012 |
| | | | 39062823792 | 10/18/2010 | 9/7/2012 |
| | | | 39062857691 | 10/19/2010 | 9/7/2012 |
| | | | 39062885312 | 10/26/2010 | 9/7/2012 |
| | | | 39062887839 | 11/1/2010 | 9/7/2012 |
| | | | 39062900954 | 11/1/2010 | 9/7/2012 |
| | | | 39062935562 | 11/2/2010 | 9/7/2012 |
| | | | 39062935946 | 11/3/2010 | 9/7/2012 |
| | | | 39062938699 | 11/4/2010 | 9/7/2012 |
| | | | 39062949308 | 11/9/2010 | 9/7/2012 |
| | | | 39062990385 | 11/15/2010 | 9/7/2012 |
| | | | 39063011405 | 11/19/2010 | 9/7/2012 |

**SCHEDULE OF PROTESTS**

Buffalo, NY
Port of Entry

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0901-12-100289 | cont'd. | | 39063040131 | 11/23/2010 | 9/7/2012 |
| | | | 39063040941 | 11/24/2010 | 9/7/2012 |
| | | | 39063044034 | 11/29/2010 | 9/7/2012 |
| | | | 39063044091 | 11/30/2010 | 9/7/2012 |
| | | | 39063044679 | 11/30/2010 | 9/7/2012 |
| | | | 39063101255 | 12/7/2010 | 9/7/2012 |
| | | | 39063103285 | 12/9/2010 | 9/7/2012 |
| | | | 39063115842 | 12/13/2010 | 9/7/2012 |
| | | | 39063119349 | 12/16/2010 | 9/7/2012 |
| | | | 39063147357 | 12/20/2010 | 9/7/2012 |
| | | | 39063149064 | 12/21/2010 | 9/7/2012 |
| | | | 39063149072 | 12/22/2010 | 9/7/2012 |
| | | | 39063165839 | 12/23/2010 | 9/7/2012 |
| | | | 39063182115 | 1/18/2011 | 9/7/2012 |
| | | | 39063182123 | 1/18/2011 | 9/7/2012 |
| | | | 39063197691 | 1/4/2011 | 9/7/2012 |
| | | | 39063213852 | 1/13/2011 | 9/7/2012 |
| | | | 39063256109 | 1/25/2011 | 9/7/2012 |
| | | | 39063258451 | 1/27/2011 | 9/7/2012 |
| | | | 39063281537 | 2/3/2011 | 9/7/2012 |
| | | | 39063281891 | 2/1/2011 | 9/7/2012 |
| | | | 39063311979 | 2/8/2011 | 9/7/2012 |
| | | | 39063322638 | 2/15/2011 | 9/7/2012 |
| | | | 39063324840 | 2/17/2011 | 9/7/2012 |
| | | | 39063403669 | 3/1/2011 | 9/7/2012 |
| | | | 39063441560 | 3/9/2011 | 9/7/2012 |
| | | | 39063441578 | 3/9/2011 | 9/7/2012 |
| | | | 39063441610 | 3/8/2011 | 9/7/2012 |
| | | | 39063508640 | 3/15/2011 | 9/7/2012 |
| | | | 39063526238 | 3/17/2011 | 9/7/2012 |
| | | | 39063546616 | 3/22/2011 | 9/7/2012 |
| | | | 39063549925 | 3/24/2011 | 9/7/2012 |
| | | | 39063594103 | 4/5/2011 | 9/7/2012 |
| | | | 39063674558 | 4/18/2011 | 9/7/2012 |
| | | | 39063698193 | 4/26/2011 | 9/7/2012 |
| | | | 39063705717 | 4/28/2011 | 9/7/2012 |
| | | | 39063757957 | 5/11/2011 | 9/7/2012 |
| | | | 39063786089 | 5/24/2011 | 9/7/2012 |
| | | | 39063788648 | 5/26/2011 | 9/7/2012 |
| | | | 39063790016 | 5/17/2011 | 9/7/2012 |
| | | | 39063897415 | 6/22/2011 | 9/7/2012 |
| | | | 39063904039 | 6/29/2011 | 9/7/2012 |
| | | | 39063997769 | 7/18/2011 | 9/7/2012 |
| | | | 39064015488 | 7/20/2011 | 9/7/2012 |
| | | | 39064045279 | 7/25/2011 | 9/7/2012 |

**SCHEDULE OF PROTESTS**

Buffalo, NY
Port of Entry

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0901-12-100289 | cont'd. | | 39064046954 | 7/28/2011 | 9/7/2012 |
| | | | 39064067570 | 8/1/2011 | 9/7/2012 |
| | | | 39064085432 | 8/3/2011 | 9/7/2012 |
| | | | 39064163957 | 8/24/2011 | 9/7/2012 |
| | | | 39064188665 | 8/29/2011 | 9/7/2012 |
| | | | 39064221458 | 9/6/2011 | 9/7/2012 |
| | | | 39064309857 | 9/21/2011 | 9/7/2012 |
| | | | 39064363029 | 10/5/2011 | 9/7/2012 |
| | | | 39064480559 | 10/26/2011 | 9/7/2012 |
| | | | 39064490616 | 10/31/2011 | 9/7/2012 |
| | | | 39064534504 | 11/7/2011 | 9/7/2012 |
| | | | 39064568932 | 11/16/2011 | 9/14/2012 |
| | | | 39064576158 | 11/17/2011 | 9/14/2012 |
| | | | 39064639485 | 11/29/2011 | 9/28/2012 |
| 0901-13-100181 | 3/29/2013 | 6/12/2015 | 39064122912 | 8/2/2011 | 11/9/2012 |
| | | | 39064191644 | 8/18/2011 | 11/9/2012 |
| | | | 39064223868 | 8/25/2011 | 11/9/2012 |
| | | | 39064258385 | 8/30/2011 | 11/9/2012 |
| | | | 39064266289 | 9/1/2011 | 11/9/2012 |
| | | | 39064306382 | 9/6/2011 | 11/9/2012 |
| | | | 39064330259 | 9/13/2011 | 11/9/2012 |
| | | | 39064432550 | 10/6/2011 | 11/9/2012 |
| 0901-13-100409 | 8/30/2013 | 12/1/2015 | 39065609305 | 5/3/2012 | 3/1/2012 |
| | | | 39066076124 | 8/14/2012 | 6/28/2013 |
| | | | 39066077767 | 8/31/2012 | 7/5/2013 |
| | | | 39066115047 | 8/21/2012 | 7/5/2013 |
| | | | 39065901660 | 6/25/2012 | 7/9/2013 |
| | | | 39065612606 | 5/7/2012 | 3/8/2013 |
| | | | 39065670620 | 5/9/2012 | 3/8/2013 |
| | | | 39065684548 | 5/16/2012 | 3/15/2013 |
| | | | 39065665976 | 5/21/2012 | 3/22/2013 |
| | | | 39065686683 | 5/18/2012 | 3/15/2013 |
| | | | 39065726620 | 5/29/2012 | 3/29/2013 |
| | | | 39065729475 | 5/31/2012 | 3/29/2013 |
| | | | 39065806091 | 6/12/2012 | 4/12/2013 |
| | | | 39065809731 | 6/14/2012 | 4/12/2013 |
| | | | 39065744185 | 6/12/2012 | 4/12/2013 |
| | | | 39065798413 | 6/18/2012 | 4/19/2013 |
| | | | 39065904714 | 7/11/2012 | 5/10/2013 |
| | | | 39065952028 | 7/25/2012 | 5/24/2013 |
| | | | 39066226562 | 9/19/2012 | 7/19/2013 |
| | | | 39066233451 | 9/24/2012 | 7/26/2013 |
| | | | 39066214055 | 9/24/2012 | 7/26/2013 |
| | | | 39066256528 | 9/26/2012 | 7/26/2013 |
| | | | 39066372010 | 10/26/2012 | 8/9/2013 |

**SCHEDULE OF PROTESTS**

Buffalo, NY
Port of Entry

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0901-13-100479 | 10/10/2013 | 12/1/2015 | 39065228056 | 2/2/2012 | 6/21/2013 |
|  |  |  | 39066233451 | 9/24/2012 | 7/26/2013 |
|  |  |  | 39066489186 | 11/12/2012 | 9/27/2013 |
|  |  |  | 39002787719 | 8/2/2013 | 8/30/2013 |
| 0901-14-100107 | 4/18/2014 | 12/1/2015 | 39066864628 | 12/10/2012 | 10/25/2013 |
|  |  |  | 39066804202 | 12/10/2012 | 10/25/2013 |
|  |  |  | 39066892454 | 12/17/2012 | 11/1/2013 |
|  |  |  | 39066940980 | 12/21/2012 | 11/1/2013 |
|  |  |  | 39066942580 | 12/27/2012 | 11/8/2013 |
|  |  |  | 39066087154 | 8/2/2012 | 11/22/2013 |
|  |  |  | 39066028372 | 7/26/2012 | 11/22/2013 |
|  |  |  | 39066090380 | 8/7/2012 | 11/22/2013 |
|  |  |  | 39066092956 | 8/9/2012 | 11/22/2013 |
|  |  |  | 39066113588 | 8/14/2012 | 11/22/2013 |
|  |  |  | 39066077593 | 8/16/2012 | 11/22/2013 |
|  |  |  | 39066150762 | 8/21/2012 | 11/22/2013 |
|  |  |  | 39066153253 | 8/23/2012 | 11/22/2013 |
|  |  |  | 39066182393 | 8/28/2012 | 11/22/2013 |
|  |  |  | 39066190511 | 8/30/2012 | 11/22/2013 |
|  |  |  | 39066193911 | 9/4/2012 | 11/22/2013 |
|  |  |  | 39066243195 | 9/18/2012 | 11/22/2013 |
|  |  |  | 39066279181 | 9/20/2012 | 11/22/2013 |
|  |  |  | 39066293547 | 9/25/2012 | 11/22/2013 |
|  |  |  | 39066332394 | 9/27/2012 | 11/22/2013 |
|  |  |  | 39066342310 | 10/2/2012 | 11/22/2013 |
|  |  |  | 39066344290 | 10/4/2012 | 11/22/2013 |
|  |  |  | 39066362417 | 10/9/2012 | 11/22/2013 |
|  |  |  | 39066390277 | 10/11/2012 | 11/22/2013 |
|  |  |  | 39066394550 | 10/16/2012 | 11/22/2013 |
|  |  |  | 39066462266 | 10/18/2012 | 11/22/2013 |
|  |  |  | 39066700376 | 10/25/2012 | 11/22/2013 |
|  |  |  | 39066497387 | 10/23/2012 | 11/22/2013 |
|  |  |  | 39066704840 | 10/30/2012 | 11/22/2013 |
|  |  |  | 39066728237 | 11/1/2012 | 11/22/2013 |
|  |  |  | 39066748698 | 11/6/2012 | 11/22/2013 |
|  |  |  | 39066766393 | 11/8/2012 | 11/22/2013 |
|  |  |  | 39066785187 | 11/12/2012 | 11/22/2013 |
|  |  |  | 39066786268 | 11/13/2012 | 11/22/2013 |
|  |  |  | 39066788108 | 11/14/2012 | 11/22/2013 |
|  |  |  | 39066800002 | 11/16/2012 | 11/22/2013 |
|  |  |  | 39066830843 | 11/19/2012 | 11/22/2013 |
|  |  |  | 39066820398 | 11/24/2012 | 11/22/2013 |
|  |  |  | 39066842046 | 11/26/2012 | 11/22/2013 |
|  |  |  | 39066867423 | 11/30/2012 | 11/22/2013 |
|  |  |  | 39066869585 | 12/3/2012 | 11/22/2013 |

**SCHEDULE OF PROTESTS**

Buffalo, NY
Port of Entry

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0901-14-100107 | cont'd. | | 39066971381 | 1/7/2013 | 11/22/2013 |
| | | | 39066978378 | 1/4/2013 | 11/22/2013 |
| | | | 39066978386 | 1/4/2013 | 11/22/2013 |
| | | | 39066802347 | 12/7/2012 | 11/29/2013 |
| | | | 39066892132 | 12/14/2012 | 11/29/2013 |
| | | | 39066946250 | 12/17/2012 | 11/29/2013 |
| | | | 39066954940 | 12/28/2012 | 11/29/2013 |
| | | | 39067035426 | 1/18/2013 | 11/29/2013 |
| | | | 39066992536 | 1/9/2013 | 11/29/2013 |
| | | | 39066973882 | 1/14/2013 | 11/29/2013 |
| | | | 39067022879 | 1/14/2013 | 11/29/2013 |
| | | | 39067031060 | 1/16/2013 | 11/29/2013 |
| | | | 39067031607 | 1/16/2013 | 11/29/2013 |
| | | | 39067033819 | 1/18/2013 | 11/29/2013 |
| | | | 39067012987 | 1/23/2013 | 11/29/2013 |
| | | | 39067014058 | 1/25/2013 | 11/29/2013 |
| | | | 39067068369 | 1/28/2013 | 11/29/2013 |
| | | | 39067081008 | 1/30/2013 | 11/29/2013 |
| | | | 39067061190 | 1/21/2013 | 11/29/2013 |
| | | | 39067108918 | 2/6/2013 | 11/29/2013 |
| | | | 39067111045 | 2/11/2013 | 11/29/2013 |
| | | | 39067124485 | 2/13/2013 | 11/29/2013 |
| | | | 39067137347 | 2/15/2013 | 11/29/2013 |
| | | | 39067170819 | 2/20/2013 | 11/29/2013 |
| | | | 39067173573 | 2/22/2013 | 11/29/2013 |
| | | | 39067174613 | 2/25/2013 | 11/29/2013 |
| | | | 39067176105 | 2/25/2013 | 11/29/2013 |
| | | | 39067177731 | 2/27/2013 | 11/29/2013 |
| | | | 39067226041 | 3/6/2013 | 11/29/2013 |
| | | | 39067228450 | 3/8/2013 | 11/29/2013 |
| | | | 39066970292 | 1/4/2013 | 12/6/2013 |
| | | | 39066857325 | 11/28/2012 | 12/6/2013 |
| | | | 39066887199 | 12/5/2012 | 12/6/2013 |
| | | | 39066902014 | 12/12/2012 | 12/6/2013 |
| | | | 39066949726 | 12/19/2012 | 12/6/2013 |
| | | | 39066951508 | 12/20/2012 | 12/6/2013 |
| | | | 39067020576 | 1/11/2013 | 12/6/2013 |
| | | | 39067013498 | 1/25/2013 | 12/6/2013 |
| | | | 39067240935 | 3/11/2013 | 12/6/2013 |
| | | | 39067244184 | 3/13/2013 | 12/6/2013 |
| | | | 39067267417 | 3/15/2013 | 12/6/2013 |
| | | | 39067282515 | 3/20/2013 | 12/6/2013 |
| | | | 39067284867 | 3/22/2013 | 12/6/2013 |
| | | | 39067292449 | 3/25/2013 | 12/6/2013 |
| | | | 39067294817 | 3/27/2013 | 12/6/2013 |

**SCHEDULE OF PROTESTS**

Buffalo, NY
Port of Entry

| Protest No. | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 0901-14-100107 | cont'd. | | 39067303758 | 4/1/2013 | 12/6/2013 |
| | | | 39067340578 | 4/3/2013 | 12/6/2013 |
| | | | 39067357754 | 4/5/2013 | 12/6/2013 |
| | | | 39067382901 | 4/17/2013 | 12/6/2013 |
| | | | 39067335917 | 4/10/2013 | 12/6/2013 |
| | | | 39067336337 | 4/10/2013 | 12/6/2013 |
| | | | 39067328367 | 4/9/2013 | 12/6/2013 |
| | | | 39067344067 | 4/8/2013 | 12/6/2013 |
| | | | 39067369882 | 4/24/2013 | 12/6/2013 |
| | | | 39067549996 | 5/6/2013 | 12/6/2013 |
| | | | 39067547313 | 5/3/2013 | 12/6/2013 |
| | | | 39067517159 | 4/26/2013 | 12/6/2013 |
| | | | 39067576825 | 5/8/2013 | 12/6/2013 |
| | | | 39067591105 | 5/10/2013 | 12/6/2013 |
| | | | 39067594034 | 5/15/2013 | 12/6/2013 |
| | | | 39004698187 | 5/17/2013 | 12/6/2013 |
| | | | 39016403337 | 5/18/2013 | 12/6/2013 |
| | | | 39016415406 | 5/22/2013 | 12/6/2013 |
| | | | 39019863594 | 5/28/2013 | 12/6/2013 |
| | | | 39021724867 | 5/29/2013 | 12/6/2013 |
| | | | 39027070984 | 5/31/2013 | 12/6/2013 |
| | | | 39027072790 | 6/3/2013 | 12/6/2013 |
| | | | 39027327731 | 6/5/2013 | 12/6/2013 |
| | | | 39018854123 | 6/7/2013 | 12/6/2013 |
| | | | 39042067973 | 6/10/2013 | 12/6/2013 |
| | | | 39042062529 | 6/12/2013 | 12/6/2013 |
| | | | 39002842746 | 6/14/2013 | 12/6/2013 |
| | | | 39002844304 | 6/17/2013 | 12/6/2013 |
| | | | 39002853354 | 6/19/2013 | 12/6/2013 |
| | | | 39018868784 | 6/21/2013 | 12/6/2013 |
| | | | 39067106169 | 2/4/2013 | 12/20/2013 |
| | | | 39067205524 | 3/1/2013 | 1/10/2014 |
| | | | 39067208031 | 3/4/2013 | 1/17/2014 |
| | | | 39067269843 | 3/18/2013 | 1/31/2014 |
| | | | 39067338440 | 4/12/2013 | 2/21/2014 |
| | | | 39067380228 | 4/15/2013 | 2/28/2014 |
| | | | 39067545366 | 5/1/2013 | 3/14/2014 |
| | | | 39067595734 | 5/13/2013 | 3/28/2014 |
| 0901-14-100269 | 11/14/2015 | 12/1/2015 | 39063588170 | 3/31/2011 | 9/14/2014 |